**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-1290**

───────────

JOYCE BRANCH-WILLIAMS,

            Plaintiff - Appellant,

      v.

WILLIAM D. SPENCER, Clerk of the Board Merit System
Protection Board; RALPH TORRES, Deputy Assistant Secretary,
Resolution Management Office of General Counsel (024)
Department of Veterans Affairs; ERIC K. SHINSEKI, Secretary
of Veterans Affairs Department of Veterans Affairs,

            Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.
(1:09-cv-02687-JFM)

───────────

Submitted:  May 3, 2010              Decided:  May 19, 2010

───────────

Before WILKINSON, KING, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Joyce Branch-Williams, Appellant Pro Se.  Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Branch-Williams appeals the district court's order dismissing her complaint on the basis of res judicata and collateral estoppel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Branch-Williams v. Spencer, No. 1:09-cv-02687-JFM (D. Md. Jan. 13, 2010 & Feb. 17, 2010). We also deny Branch-Williams' pending motions to expedite, for procedural and substantive relief, for emergency financial relief, and for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED